# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

SHERRIE JOHNSON,

        Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,

        Defendant.

Case No. 2:14–cv–2213–JAD–VCF

**ORDER**

On February 4, 2015, *pro se* Plaintiff Sherrie Johnson called chambers to inform the court that she is unable to attend the court's February 5, 2015 hearing. Johnson is temporarily out of state caring for a loved one who is ill. She will not return to Las Vegas until the fourth week of March.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the court's February 5, 2015 hearing is VACATED.

IT IS FURTHER ORDERED that that a HEARING is scheduled for 10:00 a.m., April 2, 2015 in courtroom 3D of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiff Sherrie Johnson's presence at the hearing is MANDATORY.

IT IS SO ORDERED.

DATED this 4th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE